**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Scott Richard Pendergraft v. The State of Texas

Appellate case numbers:     01-18-00033-CR & 01-18-00034-CR

Trial court case numbers:   1512987 & 1512988

Trial court:                262nd District Court of Harris County

Appellant's court-appointed counsel, Terrence Gaiser, filed a brief on July 19, 2018, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On July 23, 2018, appellant, acting pro se, filed a motion for pro se access to a copy of the record to prepare a response and a motion requesting a 30-day extension of time to file his pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). This Court's July 26, 2018 Order directed counsel to file a motion to withdraw and *Kelly* notice.

Accordingly, the Court **grants** appellant's pro se motion requesting the record and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed within **45 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court
Date: July 31, 2018